MARK MCBRIDE (Cal. Bar No. 226684)
CERTIFIED CRIMINAL LAW SPECIALIST (CBLS)
LAW OFFICES OF MARK MCBRIDE, P.C.
468 North Camden Drive, Suite 211
Beverly Hills, CA 90210
Telephone: 310-880-7120
Facsimile: 310-388-0686
mcbridelaw@gmail.com
www.gototrialnow.com

*Attorney for Richie Martinsen*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *United States of America,* | **1:17-cr-00188-LJO-SKO** |
| *v.* | **WAIVER OF DEFENDANT MARTINSEN'S PERSONAL PRESENCE** |
| *Martinsen, et al.* | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Richie Martinsen, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney of record the same as if Defendant were personally present, and requests that this court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at same time and place.

This request is made because it is very difficult for defendant to make the trip from Los Angeles to Fresno because of financial reasons.

DATE: October 27, 2017

Respectfully submitted,

/s/ Richard Martinsen

_____/s/_____
Richie Martinsen
Defendant
(Original Signature in File)

DATE: October 27, 2017

Respectfully submitted,

/s/ Mark McBride

_____/s/_____
Mark McBride
Attorney at LAW

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any all non-substantive pretrial proceedings until further order of this Court.**

IT IS SO ORDERED.

Dated: **October 27, 2017**         */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE